**GREAT AMERICAN INDEMNITY COMPANY, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 110, Docket 22795.

United States Court of Appeals Second Circuit.

Argued March 4, 1954.

Decided March 24, 1954.

Shearman & Sterling & Wright, New York City, Paul R. Russell, New York City, of counsel, for petitioner.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson and David O. Walter, Sp. Assts. to Atty. Gen., Charles K. Rice, Tax Division, Department of Justice, Washington, D. C., for respondent.

Before CHASE, Chief Judge, and FRANK and HINCKS, Circuit Judges.

PER CURIAM.

Decision affirmed on the opinion below. 19 T.C. 229.

**Robert Melvin LOWE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 4795.

United States Court of Appeals Tenth Circuit.

March 27, 1954.

James L. Tilly, Denver, Colo., for appellant.

John F. Raper, Jr., U. S. Atty., and C. N. Bloomfield, Jr., Asst. U. S. Atty., Cheyenne, Wyo., for the United States.

Before PHILLIPS, Chief Judge, and BRATTON and MURRAH, Circuit Judges.

PER CURIAM.

This is an appeal from an order denying a motion to set aside a sentence under 28 U.S.C.A. § 2255. The questions presented were decided adversely to appellant's contentions in Craig v. Hunter, 10 Cir., 167 F.2d 721. On authority of that decision, the order is affirmed.